AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Justin Travis Schlepp<br><br>Defendant | ) ) ) ) ) ) ) | Case No.   3:24-cr-17 |

REC'D USMS-FARGO, ND
'24 JAN 25 PM 4:12

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Justin Travis Schlepp

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances

Date:   01/25/2024

/s/ Sarah Cook
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Cook, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/25/24, and the person was arrested on *(date)* 1/26/24
at *(city and state)* Saint Michael, ND

Date: 1/29/24

*Arresting officer's signature*

*Printed name and title*